# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Yosuf Chaudhry, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 20 C 50381 |
| v. ) | |
| ) | Hon. Lisa A. Jensen |
| Community Unit School District 300 Board ) | |
| of Education, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Telephonic status conference and motion hearing held on 12/8/2020. Defendant Pierre G Thorsen's motion to vacate the entry of default and motion for extension of time to respond to the amended complaint [20] is unopposed. Accordingly, it is this Court's report and recommendation that the Clerk's Entry of Default [15] entered on 11/25/2020 be vacated. Any objection to this report and recommendation must be filed by 12/22/2020. *See* Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989). Defendant Pierre G Thorsen's response to plaintiff's amended complaint [5] is due by 1/5/2021. By 1/8/2021, the parties shall file a joint written status report updating the Court on the progress of discovery.

ENTER: _Lisa A. _____
Honorable Lisa A. Jensen
United States Magistrate Judge
Northern District of Illinois

Date: December 8, 2020