# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | | |
|---|---|---|
| Yosuf Chaudhry, et al., | ) | |
|     Plaintiff, | ) | Case No: 3:20 CV 50381 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Community Unit School District 300 | ) | |
| Board of Education, et al., | ) | |
|     Defendants. | ) | |

## ORDER

On 12/8/2020, Magistrate Judge Jensen held a telephonic hearing on Defendant Thorsen's unopposed motion to vacate [20] the Clerk's entry of default [15], after which Judge Jensen entered a Report and Recommendation [25] that the entry of default be granted. Any objections were due 12/22/2020. In the absence of any objection, and having reviewed the Report and Recommendation, the Court accepts the recommendation and grants the motion to vacate the Clerk's entry of default.

Date: 12/23/2020                                                                        /s/ Iain D. Johnston
                                                                                             U.S. District Judge